| | |
|---|---|
| 1 | Kyle Schumacher (Bar No. 121887) |
| | kschumacher@sagarialaw.com |
| 2 | SAGARIA LAW, P.C. |
| | 3017 Douglas Blvd., Ste. 200 |
| 3 | Roseville, California 95661 |
| | Telephone: (408) 279-2288 |
| 4 | Facsimile: (408) 279-2299 |
| 5 | Attorneys for Plaintiff |
| | William Walters |

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON — PORTLAND DIVISION

| | |
|---|---|
| WILLIAM WALTERS, | Federal Case No.: 3:18-cv-00619-SB |
| Plaintiff, | |
| vs. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT KEY BANK, N.A. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |
| KEY BANK, N.A.; et. al., | |
| Defendants. | |

**PLEASE TAKE NOTICE** that Plaintiff William Walters, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendant Key Bank, N.A. as to all claims in this action, with prejudice.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

(a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

1     Defendant Key Bank, N.A. has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, the matter may be dismissed against it for all purposes and without an Order of the Court.

Dated: July 19, 2018                          Sagaria Law, P.C.

                                           By:    */s/ Kyle Schumacher*
                                                             Kyle Schumacher
                                             Attorneys for Plaintiff
                                             William Walters