Kyle Schumacher (Bar No. 121887)
kschumacher@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 200
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
William Walters

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON — PORTLAND DIVISION

| | |
|---|---|
| WILLIAM WALTERS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KEY BANK, N.A.; et. al.,<br><br>　　　　Defendants. | Federal Case No.: 3:18-cv-00619-SB<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT KEY BANK, N.A. AND DOES 1-100 PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff William Walters, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendant Key Bank, N.A., and Does 1- 100 as to all claims in this action, with prejudice.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

　　(a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

　　　a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant Key Bank, N.A. has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, the matter may be dismissed against it for all purposes and without an Order of the Court.

Dated: July 19, 2018              Sagaria Law, P.C.

By: _____*/s/ Kyle Schumacher*_____
       Kyle Schumacher
Attorneys for Plaintiff
William Walters